<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6630**

VINCENT MISSOURI,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA; MARK C. MOORE; DEBORAH B.
BARBIER, Assistant US Attorney; UNITED STATES PROBATION
DEPARTMENT; DICKIE BRUNSON, Chief US Probation Officer;
MYRA E. BAILEY, Supervising US Probation Officer; EARL
GILLAM, US Probation Officer; US FEDERAL PUBLIC DEFENDERS
OFFICE; UNITED STATES MARSHALL SERVICE, Greenville
Division; GREENVILLE SOUTH CAROLINA SHERIFFS OFFICE, STATE
OF; JUSTIN HUGHES, Officer, all Defendants officially and
individually; HONORABLE MARGARET B. SEYMOUR; US BUREAU OF
PRISONS; UNICOR PRISON INDUSTRY; DAVID PLOWDEN; CATHERINE
E. EVATT; UNITED STATES MARSHAL'S SERVICE, Columbia
Division,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Cameron McGowan Currie, District
Judge. (2:09-cv-03269-CMC)

Submitted: November 10, 2010      Decided: November 23, 2010

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Vincent Missouri, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vincent Missouri appeals the district court's order denying his Federal Rule of Civil Procedure 59(e) motion to alter or amend judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Missouri v. United States</u>, No. 2:09-cv-03269-CMC (D.S.C. Apr. 30, 2010). To the extent Missouri requests in his informal brief to waive the appellate case filing fee and to amend his complaint, we deny those requests. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>
